ACCEPTED
01-14-00170-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/11/2015 6:53:43 PM
CHRISTOPHER PRINE
CLERK

# CASE NO. 01–14–00170–CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/11/2015 6:53:43 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIRST COURT OF APPEALS
## HOUSTON, TEXAS

### FIRST AMERICAN TITLE INSURANCE COMPANY

### V.

### PATRIOT BANK

On Appeal from the 61st Judicial District Court of
Harris County, Texas, Cause No. 2012–47633

### PATRIOT BANK'S SECOND UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Patriot Bank requests a 4–day extension to file its motion for rehearing and for good cause, would show as follows:

1. The Court issued its opinion on May 12, 2015. Patriot Bank's motion for rehearing is due on June 11, 2015.

2. This is Patriot Bank's second request to extend the deadline for filing its motion for rehearing. The first extension granted by the Court was for 15 days.

3. The demands of the undersigned's litigation docket during the last 15 days have prevented him from completing Patriot Bank's motion for rehearing, which include:

- Preparing and filing a brief on the merits with the Texas Supreme Court on May 29, 2015, in the case–styled and numbered *Morrison v. Whispering Pines Lodge I, LLP,* Case No. 14–0318.

- Preparing and filing a brief on June 5, 2015 in the case–styled and numbered, *Phillips Development Realty, LLC v. LJA Engineering, LLC,* Case No. 14–14–00858–CV.

- Preparing a brief on the merits to be filed with the Texas Supreme Court on June 12, 2015, in the case–styled and numbered, *Worldwide Clinical Trials v. Arnold,* Case No. 14–0786.

4. The undersigned's wife will also be going out of town on June 11, which will require the undersigned to stay home on June 12 with his children.

5. Under TEX. R. APP. P. 10.3, the undersigned conferred with counsel for the First American, and counsel is unopposed to this motion.

FOR THESE REASONS, Patriot Bank prays that this Honorable Court grant this First Unopposed Motion for Extension of Time to File Motion for Rehearing, extend the deadline for filing the same to June 15, 2015, and grant all other relief to which Patriot Bank may be entitled.

Respectfully submitted,

LEYH, PAYNE & MALLIA, PLLC

By: */s/ Sean M. Reagan*
        Sean Michael Reagan
        sreagan@lpmfirm.com
        Texas Bar No. 24046689
        9545 Katy Freeway, Suite 200
        Houston, Texas 77024
        Telephone: 713-785-0881
        Facsimile: 713-784-0884

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served to all interested parties of record on this the 11th day of June 2015:

Tim McDaniel
Kelly Conklin
Irelan McDaniel, PLLC
440 Louisiana, Suite 1800
Houston, Texas 77002

Don Colleluori
Mark T. Davenport
Figari & Davenport, LLP
901 Main Street, LB 125
Dallas, Texas 75202

/s/ *Sean M. Reagan*
Sean M. Reagan

4